[No. 34516-8-I.   Division One.   June 12, 1995.]

*In re the Marriage of* MARY B. CONEY, *Respondent, and* BYRON D. CONEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-04567-8, R. Joseph Wesley, J., entered April 1, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman, J., and Alsdorf, J. Pro Tem.

[No. 34693-8-I.   Division One.   June 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. AVERY WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-00124-2, Bobbe Bridge, J., entered May 3, 1994. *Affirmed as modified* by unpublished per curiam opinion.

[No. 13477-6-III.   Division Three.   June 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH THOMAS COLE III, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-02015-8, Robert H. Whaley, J., entered July 29, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.